ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

CHRISTOPHER J. NEUMANN, ESQ.
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email: neumannc@gtlaw.com

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE CUSTER,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>Defendants. | Case No. 3:20-cv-00302-MMD-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice as to Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., with each party to bear its own costs.

/ / /

/ / /

/ / /

/ / /

/ / /

1

**IT IS SO STIPULATED.**

DATED this 12th day of April 2021.

| MCSWEENEY LANGEVIN, LLC | GREENBERG TRAURIG, LLP |
|---|---|

By:   */s/ David M. Langevin*  
     DAVID M. LANGEVIN, ESQ.  
     *Admitted Pro Hac Vice*  
     dave@weststrikeback.com  
     filing@weststrikeback.com  
     2116 Second Ave. South  
     Minneapolis, Minnesota 55404  
     Telephone: (612)746-4646  
     Facsimile: (612) 454-2678

KRISTIE L. FISCHER  
Nevada Bar No. 11693  
2565 Coral Sky Court  
Las Vegas, Nevada 89142  
fischer.kristie@gmail.com  
(702) 218-0253

*Counsel for Plaintiffs*

By:   */s/ Eric W. Swanis*  
     ERIC W. SWANIS, ESQ.  
     Nevada Bar No. 6840  
     swanise@gtlaw.com  
     10845 Griffith Peak Drive  
     Suite 600  
     Las Vegas, Nevada 89135

CHRISTOPHER J. NEUMANN, ESQ.  
*Admitted Pro Hac Vice*  
1144 15th Street, Suite 3300  
Denver, Colorado 80202

*Counsel for Defendants*

**IT IS SO ORDERED.**

Dated this __13th of April_____, 2021.

_____  
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on **April 12, 2021**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

*/s/ Shermielynn Irasga*
An employee of GREENBERG TRAURIG, LLP